JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| VITA C.F., | Case No. 5:18-cv-00119-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the
Memorandum Opinion and Order, the decision of the Commissioner of the Social
Security Administration is reversed and this matter is remanded for further
proceedings consistent with the Opinion.

DATED:  November 5, 2018

_____
KAREN E. SCOTT
United States Magistrate Judge